KENNETH A. RUSHTON (2827)
Attorney for Trustee
P.O. Box 212
Lehi, Utah 84043
Telephone: (801) 768-8416

FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2010 JUN 30  AM 11: 12

DISTRICT OF UTAH
MAIL

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH
### CENTRAL DIVISION

### DEPOSIT OF UNCLAIMED FUNDS

In Re:

SALVADOR E. FAZZAH
JENNIFER FAZZAH

Debtors.

Chapter 7

Bankruptcy No. 08-26845



Kenneth A. Rushton, the duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

1. The amounts listed below represent small dividends payable to the court pursuant to Bankruptcy Rule 3010.

2. The unclaimed funds are on deposit in JP Morgan Chase Bank, Account # 9200-02535118-66.

3. The amounts are as follows:

| | |
|---|---|
| Questar Gas<br>Bankruptcy DNR 244<br>1140 W. 200 S., P.O. Box 3194<br>Salt Lake City, Utah 84110 | $ 2.82 |
| Orion<br>C/O Recovery Management Systems, Corp.<br>25 SE Second Avenue, Suite 1120<br>Miami, Florida 33131-1605 | 9.04 |

4. A check in the amount of $11.86, representing said unclaimed funds, made payable to the Clerk, United States Bankruptcy Court is attached hereto.

DATED this 29 day of June, 2010.

KENNETH A. RUSHTON, Trustee



## CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing Deposit of Unclaimed Funds to the parties listed below by depositing the same in the United States mail, postage prepaid, this 29 day of June, 2010.

United States Trustee
Ken Garff Building
405 South Main Street
Suite 300
Salt Lake City, Utah 84111

_[signature]_